EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2013 TSPR 134 |
| Stella Caballero Bastard | 189 DPR ____ |

Número del Caso: TS-3735

Fecha: 22 de noviembre de 2013

Colegio de Abogados de Puerto Rico:

Lcda. Carmen I. Navas
Procuradora del Abogado

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

IN RE:

STELLA CABALLERO BASTARD

Núm.: **TS-3735**

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 22 de noviembre de 2013.

Atendida la "Moción en Cumplimiento de Orden" presentada, se reinstala a la Lcda. Stella Caballero Bastard al ejercicio de la abogacía y se ordena la reactivación del proceso disciplinario ante la Comisión de Ética del Colegio de Abogados con relación a la Queja Q-2006-130.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez y el Juez Asociado señor Rivera García no intervinieron.

Camelia Montilla Alvarado
Secretaria del Tribunal Supremo, Interina